UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CEDRIC RAY ALLEN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MANUEL CONTRERAS CASTRO, et al.,<br><br>　　　　Defendants. | Case No. 24-cv-05990-AMO (PR)<br><br>**ORDER OF DISMISSAL WITHOUT PREJUDICE** |

　　　　Plaintiff Cedric Ray Allen has not complied with the Court's May 15, 2025 Order to pay the $405.00 filing fee ($350 fee and $55 administrative fee) by the twenty-eight-day deadline. *See* Dkt. 5. As of September 9, 2024, the available balance in Allen's trust account was $3,663.79. *See* Dkt. 4 at 1. Because Lewis can afford to pay the filing fee and has not done so as ordered, this federal civil rights action is **DISMISSED WITHOUT PREJUDICE**. *See* Fed. R. Civ. P. 41(b).

　　　　Because this dismissal is without prejudice, Allen may move to reopen. Any such motion must (1) include the caption and civil case number used in this Order, Case No. 24-cv-05990-AMO (PR); (2) have the words "MOTION TO REOPEN" written on the first page; and (3) contain full payment for the $405.00 filing fee or, if Allen no longer has the funds to pay the filing fee, a new application to proceed *in forma pauperis*.

　　　　The Clerk of the Court shall terminate all pending motions and close the file.

　　　　**IT IS SO ORDERED.**

Dated: June 18, 2025

　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　**ARACELI MARTÍNEZ-OLGUÍN**
　　　　　　　　　　　　　　　　　　　　　　　　　　**United States District Judge**